Submitted on remand from the Oregon Supreme Court May 11, reversed and remanded July 5, 2001

## STATE OF OREGON,
*Respondent,*

*v.*

## RICHARD DON BASS,
*Appellant.*

92CR305, 92CR304; A76682 (Control), A76683
(Cases Consolidated)

27 P3d 165

Sally L. Avera, Public Defender, and Ingrid A. MacFarlane, Deputy Public Defender, for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janie M. Burcart, Assistant Attorney General, for respondent.

Before Deits, Chief Judge, and Haselton and Brewer, Judges.

PER CURIAM

Reversed and remanded. *State v. Fleetwood,* 331 Or 511, 16 P3d 503 (2000).